## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Action No.  12-cr-00486-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

FRANCO NIZ-HERNANDEZ,
      a.k.a. Franco Hernandez,
      a.k.a. Franco Hernandez-Ortiz

      Defendant.

---

## ORDER

---

      PURSUANT to and in accordance with Order entered by the Judge William J.

Martínez, it is

      ORDERED that Defendant Franco Niz-Hernandez, is sentenced to TIME

SERVED.


      DATED: March 8, 2013

                          BY THE COURT:

                          Judge William J. Martínez
                          United States District Judge